UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO. 3:03CR249(RNC) |
| V. | : |
| CHRISTINA DIXON | : NOVEMBER 5, 2004 |

**MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

The undersigned respectfully requests that this Court modify the conditions of bond placed upon the defendant, Christina Dixon, as follows: the defendant requests that the Court allow her to travel by plane to the State of New Mexico before her next scheduled Court appearance of January 7, 2005.

The defendant last appeared before the Court on November 3, 2004, at which time the undersigned explained to the Court that the defendant's father offered an automobile to her located in New Mexico, and that the defendant would need to travel to New Mexico to claim the automobile. The defendant

**ORAL ARGUMENT NOT REQUESTED**

the automobile will help facilitate the types of changes the Court would like to see from the defendant before her appearance on January 7, 2005. The travel to New Mexico will be monitored by United State's Probation Officer Katya Lopez. It should be noted that Ms. Lopez concurs with this Motion.

WHEREFORE, the defendant requests the Court to modify the conditions of release and allow the Defendant to travel to New Mexico.

> DEFENDANT
> CHRISTINA DIXON
>
> By _____
> A. Ryan McGuigan, Esq.
> Rome McGuigan, P.C.
> One State Street
> Hartford, CT 06103
> (860) 549-1000
> Her Attorneys

2

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of November 2004, a copy of the foregoing was mailed, postage prepaid, via U.S. mail, to:

Jonathan Biran, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
A. Ryan McGuigan

11911-1/382127

3