FILED

2004 NOV 10 A 10: 2

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR249(RNC) |
| V. | : | |
| CHRISTINA DIXON | : | NOVEMBER 9, 2004 |

### MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

The undersigned respectfully requests that this Court modify the conditions of bond placed upon the defendant, Christina Dixon, as follows: the defendant requests that the Court allow her to travel by plane to the State of New Mexico before her next scheduled Court appearance of January 7, 2005.

The defendant last appeared before the Court on November 3, 2004, at which time the undersigned explained to the Court that the defendant's father offered an automobile to her located in New Mexico, and that the defendant would need to travel to New Mexico to claim the automobile. The defendant

**ORAL ARGUMENT NOT REQUESTED**

FILED
2004 NOV 18 A 9:55
U.S. DISTRICT COURT
HARTFORD, CT.

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726