UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR249(RNC) |
| V. | : | |
| CHRISTINA DIXON | : | JANUARY 6, 2005 |

**MOTION FOR CONTINUANCE OF SENTENCING**

The undersigned respectfully requests that this Court continue the sentencing date in this matter for thirty days from the scheduled date of January 7, 2005 for the following reasons:

1. The undersigned has an urgent legal matter to attend to in Buenos Aires, Argentina and must be in Buenos Aires, Argentina by January 8, 2005. This matter came to the undersigned's attention on the afternoon of January 5, 2005. The undersigned immediately phoned Assistant United State's Attorney, Jonathan Biran and informed him of the need for a continuance. Attorney Biran has no objection to the continuance.

2. This matter was originally set down for sentencing on November 3, 2004 before Chief U.S. District Judge Robert N. Chatigny. At that time Judge Chatigny postponed sentencing until January 7, 2005 in an effort to allow the defendant

### CERTIFICATE OF SERVICE

This is to certify that on the 6th day of January, 2005, a copy of the foregoing was mailed, postage prepaid, via U.S. mail, to:

Jonathan Biran, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

A. Ryan McGuigan

11911-1/377672

4

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

time to make significant changes in her lifestyle, which would help her avoid a jail sentence. Judge Chatigny specifically suggested that the defendant change her living and employment status as well as continue with her drug treatment.

Judge Chatigny suggested that the defendant move back with her mother in Simsbury, or in the least change roommates. Unfortunately, the defendant is unwelcome at her mother's residence. However, since November 3, 2004 the defendant has changed switched roommates and now lives with a female, as requested by the Court.

The defendant has yet to succeed in securing gainful alternative employment. Part of the defendant's failure is due to her lack of an automobile. On or about November 11, 2004, the Court granted the defendant's request to travel to New Mexico and retrieve an automobile from her father. Over the Christmas week the defendant traveled to New Mexico and returned with an automobile. With the addition of an automobile in the defendant's life it is hoped that within the next thirty days the defendant can secure gainful employment outside of the Torrington area.

The defendant has complied with the U.S. Probation office and has remained drug free. The undersigned has spoken with U.S. Probation Officer,

2

***Rome McGuigan, P.C.*** • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

Katya Lopez with respect to this matter, and she has no objection to the requested continuance.

For all of the reasons stated above the undersigned respectfully requests a thirty day continuance.

**ORAL ARGUMENT IS NOT REQUESTED.**

DEFENDANT
CHRISTINA DIXON

By _____
A. Ryan McGuigan, Esq.
Federal Bar No. CT19174
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
Her Attorney