January 7, 2005. Granted. The sentencing is hereby rescheduled to March 11, 2005 at 11:00 a.m. So ordered.

Robert N. Chatigny, U.S.D.J.

#89

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JAN -7 A 7: 57
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:03CR249(RNC) |
| V. | : | |
| CHRISTINA DIXON | : | JANUARY 5, 2005 |

### MOTION FOR CONTINUANCE OF SENTENCING

The undersigned respectfully requests that this Court continue the sentencing date in this matter for thirty days from the scheduled date of January 7, 2005 for the following reasons:

1. The undersigned has an urgent legal matter to attend to in Buenos Aires, Argentina and must be in Buenos Aires, Argentina by January 8, 2005. This matter came to the undersigned's attention on the afternoon of January 5, 2005. The undersigned immediately phoned Assistant United State's Attorney, Jonathan Biran and informed him of the need for a continuance. Attorney Biran has no objection to the continuance.

2. This matter was originally set down for sentencing on November 3, 2004 before Chief U.S. District Judge Robert N. Chatigny. At that time Judge Chatigny postponed sentencing until January 7, 2005 in an effort to allow the defendant

2005 JAN -7 A 10: 57
U.S. DISTRICT COURT
HARTFORD, CT.

Rome McGuigan, P.C. • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726